FORM B9A (Chapter 7 Individual or Joint Debtor No Asset Case) (12/07)  Case Number **08−23006**

| UNITED STATES BANKRUPTCY COURT District of Kansas (Kansas City) |
|---|
| **Notice of Chapter 7 Bankruptcy Case, Meeting of Creditors, & Deadlines** |
| A chapter 7 bankruptcy case concerning the debtor(s) listed below was filed on 11/14/08.<br><br>You may be a creditor of the debtor. **This notice lists important deadlines.** You may want to consult an attorney to protect your rights. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below. **NOTE: The staff of the bankruptcy clerk's office cannot give legal advice.** |
| See Reverse Side For Important Explanations |

Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| **Anthony Donald Plescia**<br>fdba Plescia Enterprises, LLC, fdba Louis Curtiss Studio, LLC, fdba Studio Restaurant, LLC<br>9643 High Drive<br>Leawood, KS 66206 | **Sharise Rene Plescia**<br>9643 High Drive<br>Leawood, KS 66206 |
|---|---|
| Case Number / Presiding Judge:<br>**08−23006** / **Robert D. Berger** | Social Security/Taxpayer ID/Employer ID/Other Nos.:<br>xxx−xx−6987 − **Anthony Donald Plescia**<br>xxx−xx−0610 − **Sharise Rene Plescia** |
| Attorney for Debtor(s) (name and address):<br>Jason A. Norbury<br>Law Office of Jason Norbury, P.C.<br>230 SW Main Street, Suite 210<br>Lee's Summit, MO 64063<br>Telephone number: 816−272−5544 | Bankruptcy Trustee (name and address):<br>Carl R. Clark<br>9260 Glenwood<br>Overland Park, KS 66212<br>Telephone number: (913) 648−0600 |

APPOINTMENT OF TRUSTEE: The trustee named above is the interim trustee appointed by the U.S. Trustee to serve under general blanket bond on file with the clerk of the bankruptcy court.

### Meeting of Creditors

Date: **December 12, 2008**  Time: **10:00 AM**

Location: **161 Robert J Dole US Courthouse, 500 State Avenue Room 173, Kansas City, KS 66101**

**All individual debtors are required to produce photo ID and proof of Social Security Number to the Trustee at this meeting. Non−lawyers SHOULD NOT bring cellular telephones, pagers, two−way radios, personal digital assistants, cameras or other electronic communication devices to the courthouse.**

### Presumption of Abuse under 11 U.S.C. § 707(b)
*See "Presumption of Abuse" on reverse side.*

The presumption of abuse does not arise.

### Deadlines:
Papers must be *received* by the bankruptcy clerk's office by the following deadlines:
**Deadline to File a Complaint Objecting to Discharge of the Debtor or to Determine Dischargeability of Certain Debts: 2/10/09**

### Deadline to Object to Exemptions:
Thirty (30) days after the *conclusion* of the meeting of creditors.

### Creditors May Not Take Certain Actions:
In most instances, the filing of the bankruptcy case automatically stays certain collection and other actions against the debtor and the debtor's property. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. If you attempt to collect a debt or take other action in violation of the Bankruptcy Code, you may be penalized. Consult a lawyer to determine your rights in this case.

### Please Do Not File a Proof of Claim Unless You Receive a Notice To Do So.

### Creditor with a Foreign Address:
A creditor to whom this notice is sent at a foreign address should read the information under "Do Not File a Proof of Claim at This Time" on the reverse side.

| **Address of the Bankruptcy Clerk's Office:**<br>161 Robert J. Dole US Courthouse<br>500 State Avenue<br>Kansas City, KS 66101<br>Telephone number: (913) 551−6732 | **For the Court:**<br>Clerk of the Bankruptcy Court:<br>Fred Jamison |
|---|---|
| Hours Open: 9:00 AM − 4:00 PM Monday − Friday<br>Phone Hours: 9:30 AM − 3:30 PM Monday − Friday | Date: 11/17/08 |

**EXPLANATIONS**     FORM B9A (12/07)

| | |
|---|---|
| Filing of Chapter 7 Bankruptcy Case | A bankruptcy case under Chapter 7 of the Bankruptcy Code (title 11, United States Code) has been filed in this court by or against the debtor(s) listed on the front side, and an order for relief has been entered. |
| **Legal Advice** | The staff of the bankruptcy clerk's office cannot give legal advice. Consult a lawyer to determine your rights in this case. |
| Creditors Generally May Not Take Certain Actions | Prohibited collection actions are listed in Bankruptcy Code §362. Common examples of prohibited actions include contacting the debtor by telephone, mail or otherwise to demand repayment; taking actions to collect money or obtain property from the debtor; repossessing the debtor's property; starting or continuing lawsuits or foreclosures; and garnishing or deducting from the debtor's wages. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. |
| Presumption of Abuse | If the presumption of abuse arises, creditors may have the right to file a motion to dismiss the case under § 707(b) of the Bankruptcy Code. The debtor may rebut the presumption by showing special circumstances. |
| Meeting of Creditors | A meeting of creditors is scheduled for the date, time and location listed on the front side. *The debtor (both spouses in a joint case) must be present at the meeting to be questioned under oath by the trustee and by creditors.* Creditors are welcome to attend, but are not required to do so. The meeting may be continued and concluded at a later date without further notice. |
| Do Not File a Proof of Claim at This Time | There does not appear to be any property available to the trustee to pay creditors. *You therefore should not file a proof of claim at this time.* If it later appears that assets are available to pay creditors, you will be sent another notice telling you that you may file a proof of claim, and telling you the deadline for filing your proof of claim. If this notice is mailed to a creditor at a foreign address, the creditor may file a motion requesting the court to extend the deadline. |
| Discharge of Debts | The debtor is seeking a discharge of most debts, which may include your debt. A discharge means that you may never try to collect the debt from the debtor. If you believe that the debtor is not entitled to receive a discharge under Bankruptcy Code §727(a) *or* that a debt owed to you is not dischargeable under Bankruptcy Code §523(a)(2), (4), or (6), you must start a lawsuit by filing a complaint in the bankruptcy clerk's office by the "Deadline to File a Complaint Objecting to Discharge of the Debtor or to Determine Dischargeability of Certain Debts" listed on the front side. The bankruptcy clerk's office must receive the complaint and any required filing fee by that Deadline. |
| Exempt Property | The debtor is permitted by law to keep certain property as exempt. Exempt property will not be sold and distributed to creditors. The debtor must file a list of all property claimed as exempt. You may inspect that list at the bankruptcy clerk's office. If you believe that an exemption claimed by the debtor is not authorized by law, you may file an objection to that exemption. The bankruptcy clerk's office must receive the objections by the "Deadline to Object to Exemptions" listed on the front side. |
| Bankruptcy Clerk's Office | Any paper that you file in this bankruptcy case should be filed at the bankruptcy clerk's office at the address listed on the front side. You may inspect all papers filed, including the list of the debtor's property and debts and the list of the property claimed as exempt, at the bankruptcy clerk's office. |
| Creditor with a Foreign Address | Consult a lawyer familiar with United States bankruptcy law if you have any questions regarding your rights in this case. |

## Refer to Other Side for Important Deadlines and Notices

**D. Kan. LBR 6007.1 ABANDONMENT OF PROPERTY OF THE ESTATE**

When the Clerk of the Court provides the Notice of Bankruptcy Case, Meeting of Creditors and Deadlines, the Notice shall contain a provision that within 60 days from the conclusion of the meeting of creditors held under § 341, the trustee may file notice of intended abandonment of any or all of the debtor's property in the estate as authorized by § 554 without further service on creditors or interested parties. Unless a creditor or interested party objects to abandonment within 75 days from the conclusion of the meeting of creditors held under § 341,the property subject to the intended abandonment will be deemed abandoned without further notice or order of the court.

# CERTIFICATE OF NOTICE

```
District/off: 1083-2           User: cindy                 Page 1 of 2                  Date Rcvd: Nov 17, 2008
Case: 08-23006                 Form ID: b9a                Total Served: 105


The following entities were served by first class mail on Nov 19, 2008.
db          +Anthony Donald Plescia,    9643 High Drive,    Leawood, KS 66206-2305
jdb         +Sharise Rene Plescia,    9643 High Drive,    Leawood, KS 66206-2305
aty         +Jason A. Norbury,    Law Office of Jason Norbury, P.C.,    230 SW Main Street, Suite 210,
              Lee's Summit, MO 64063-2377
tr          +Carl R. Clark,    9260 Glenwood,    Overland Park, KS 66212-1365
5895023     +ACS Citibank,    501 Bleeker St,    Utica NY 13501-2401
5895030     +AT&T Yellow Pages,    PO Box 630052,    Dallas TX 75263-0052
5895031     +AWM Real Estate,    7300 College Blvd,    Overland Park KS 66210-1982
5895024     +Allied Internation,    100 East Shore Dr, 3rd Floor,    Glen Allen VA 23059-5758
5895025     +Alpha Graphics,    1150 Grand,    Kansas City MO 64106-2303
5895027     +Anderson Crenshaw Assoc,    12801 N Central Expy,    Dallas TX 75243-1716
5895028     +Andy Nizzotti,    8403 Rosehill,    Lenexa KS 66215-2835
5895032     +Berlin-Wheeler,    PO Box 479,    Topeka KS 66601-0479
5895034     +Beth Boldt,    Shawnee Mission North 1988 Reu,    8421 W 64th Terrace,
              Shawnee Mission KS 66202-3736
5895035     +Big Dude's Music City,    3817 Broadway,    Kansas City MO 64111-2551
5895036     +Bledsoe's Rental, Inc.,    7749 Wornall Rd,    Kansas City MO 64114-1886
5895037     +Blue Beetle,    136 W 61st Terrace,    Kansas City MO 64113-1454
5895038     +Caine & Weber,    15025 Oxnard St, Suite 100,    Van Nuys CA 91411-2640
5895040     +Central Parking,    920 Main Street, Suite 670,    Kansas City MO 64105-2025
5895041      Chicago Investment Group,    12226 Cherry,    Kansas City MO 64145
5895042      Childrens Mercy Hospital,    PO Box 804435,    Kansas City MO 64180-4435
5895043     +Cintas #430,    2050 Kansas City Road,    Olathe KS 66061-5859
5895044     +Club Express,    PO Box 659728,    San Antonio TX 78265-9728
5895045     +Coca Cola,    12980 Foster Ste 300,    Overland Park KS 66213-2692
5895046     +Cole County Prosecuting Attorn,    311 E High St,    Jefferson City MO 65101-3250
5895047     +Consolidated Recovery,    PO Box 1719,    Memphis TN 38101-1719
5895048     +Costco Wholesale, #375,    241 E Linwood,    Kansas City MO 64111-1119
5895049     +Countrywide Home Loans,    PO Box 650070,    Dallas TX 75265-0070
5895050     +Deffenbaugh Disposal Service,    PO Box 3220,    Shawnee KS 66203-0220
5895051     +Deluxe Business Checks,    PO Box 742572,    Cincinnati OH 45274-2572
5895053     +Direct TV,    PO Box 60036,    Los Angeles CA 90060-0036
5895054     +Division of Employment Securit,    PO Box 59,    Jefferson City MO 65104-0059
5895055     +E. Allen Roth, Architect,    2100 E 50th Terrace,    Westwood Hills KS 66205-2036
5895056     +Everest Communications,    9647 Lackman,    Lenexa KS 66219-1205
5895058     +Fischer Heating and Cooling,    9801 E 61st St.,    Raytown MO 64133-4000
5895059     +Francis B. Drinkwine &/or Marg,    9908 Buena Vista,    Overland Park KS 66207-3700
5895060     +Frank Eppright,    1600 Gennessee Ste 260,    Kansas City MO 64102-1091
5895061     +GC Services,    6330 Gulfton,    Houston TX 77081-1198
5895065     +JK Harris,    4995 Lacross Rd Ste 1800,    Charleston SC 29406-6561
5895066     +Johnson County District Court,    PO Box 700,    Olathe KS 66051-0700
5895067     +Johnson County Magistrate,    100 N Kansas,    Olathe KS 66061-3273
5895072     +KCMO Water Services Dept,    4800 E. 63rd St.,    Kansas City MO 64130-4626
5895068     +Kansas City Business Journal,    1100 Main, Suite 210,    Kansas City MO 64105-5123
5895069     +Kansas City Power & Light,    PO Box 219330,    Kansas City MO 64121-9330
5895071      Kansas Counselors Inc,    PO Box 14765,    Lenexa KS 66285-4765
5895074      Lawrence Goldblatt, Architect,    4200 Mercier,    Kansas City MO 64111-4155
5895075      Linebarger Goggan Blair & Samp,    PO Box 345723,    Kansas City MO 64116
5895086     +MKT Associates,    2000 Bluff Drive,    Lawrence KS 66044-1776
5895078     +Major Brands,    550 E 13th,    Kansas City MO 64116-4036
5895080     +Marsh & Company, P.A.,    6750 W 93rd, Suite 140,    Overland Park KS 66212-1465
5895079     +Marsh & Company, P.A.,    6750 W 93rd,    Overland Park KS 66212-1460
5895081     +Merchants Credit Guide Co,    PO Box 802,    Oaks PA 19456-0802
5895082     +Midwest Fire & Safety,    100 Sky Vue Drive, Suite A,    PO Box 543,    Raymore MO 64083-0543
5895083     +Missouri Dept of Economic Deve,    301 W High Street,    Jefferson City MO 65101-1517
5895084     +Missouri Dept of Revenue,    PO Box 3390,    Jefferson City MO 65105-3390
5895085      Missouri Gas Energy,    PO box 219255,    Kansas City MO 64121-9255
5895087     +National Garage LLC,    145 E. Badger Rd, Suite 200,    Madison WI 53713-2708
5895088      New Century Credit Union,    9201 W 87th St,    Overland Park KS 66212
5895089     +New Millenium Bank,    PO Box 9201,    Old Bethpage NY 11804-9001
5895090     +Nichole Kreuger,    c/o Emmanuel Ayuk,    1201 Walnut, Ste. 2900,    Kansas City MO 64106-2178
5895091     +Nuvox Communications,    PO Box 580451,    Charlotte NC 28258-0451
5895092     +Patrick Lilley,    409 Lake of the Forest,    Bonner Springs KS 66012-9546
5895093     +Pitney-Bowes,    2225 American Drive,    Neenah WI 54956-1005
5895094     +Planned Industrial Expansion A,    20 East 5th, Suite 200,    Kansas City MO 64106-1145
5895095      Preston Cain,    1201 McGee,    Kansas City MO 64106
5895096      Quest Diagnostics,    PO Box 41562,    Philadelphia PA 19101-1652
5895109     +RPM LLC,    1930 220th St Ste 101,    Bothell WA 98021-8410
5895097     +Rapid Advance,    7316 Wisconsin Ave, Suite 450,    Bethesda MD 20814-2979
5895098     +Rauch-Milliken International,    PO Box 8390,    Metairie LA 70011-8390
5895099      Ray Sandy,    1201 McGee,    Kansas City MO 64106
5895100     +Renner & Assoc Surveying, LLC,    6247 Brookside Blvd, Suite 204,    Kansas City MO 64113-1645
5895101     +Rewards Network,    300 South Park Rd, 3rd Floor,    Hollywood FL 33021-8593
5895102     +Richard Keller,    19 W Linwood Dr,    Kansas City MO 64111-1324
5895103     +Richard T. Bryant & Assoc, P.C,    1102 Grand,    Kansas City MO 64106-2316
5895104     +Robert Allen LaPietra,    9159 W 92nd Place,    Overland Park KS 66212-3906
5895105     +Robert E. Eisler, Jr.,    8236 Santa Fe Drive,    Overland Park KS 66204-3604
5895106     +Robin S. Martinez, P.C.,    11 E Kansas,    Liberty MO 64068-2312
5895107     +Rollshutters of Topeka, Inc.,    2000 SW Cottonwood Lane,    Topeka KS 66615-9257
5895108      Ronald Scott,    111 East 96th,    Kansas City MO 64114
5895110     +Safeguard Alarms, LLC,    5516 NE Sunshine Dr,    Lees Summit MO 64064-2478
5895111     +Sally Schwenk & Assoc,    112 W 9th Street, Suite 510,    Kansas City MO 64105-1967
5895112     +Security Bank,    4500 Shawnee Mission Pkwy,    Fairway KS 66205-2509
```

```
District/off: 1083-2          User: cindy              Page 2 of 2           Date Rcvd: Nov 17, 2008
Case: 08-23006                Form ID: b9a             Total Served: 105

5895113       +Silkies,   PO Box 70101,   Philadelphia PA 19176-0101
5895114       +Small Deal Fund LP, John S. Bo,   1527 Third Street,   New Orleans LA 70130-5931
5895115       +Southwest Credit Systems,   5910 W. Plano Pkwy,   Suite 100,   Plano TX 75093-2202
5895117       +The Pitch,   1701 Main Street,   Kansas City MO 64108-1310
5895118       +U.S. Foodservice,   14425 College Blvd,   Lenexa KS 66215-2065
5895057      ++US BANK,   PO BOX 5229,   CINCINNATI OH 45201-5229
               (address filed with court:   Firstar Bank,   425 Walnut,   Cincinnati OH 45202)
5895119        US Bank,   PO Box 790039,   Saint Louis MO 63179-0039
5895120       +USA Funds,   PO Box 6180,   Indianapolis IN 46206-6180
5895121       +Ventura Bank,   1495 Wilmington Drive,   Dupont WA 98327-8770
5895124       +Wendy Parks / Nathan McCormick,   600 E 8th #11M,   Kansas City MO 64106-1622

The following entities were served by electronic transmission on Nov 18, 2008.
ust            +E-mail/PDF: katherine.wieland@usdoj.gov Nov 18 2008 04:03:13      U.S. Trustee,
                Office of the United States Trustee,   301 North Main Suite 1150,   Wichita, KS 67202-4811
5895026        +EDI: AMEREXPR.COM Nov 18 2008 00:58:00      American Express,   PO Box 650448,
                Dallas TX 75265-0448
5895029        +EDI: ACCE.COM Nov 18 2008 01:03:00      Asset Acceptance,   PO Box 2036,   Warren MI 48090-2036
5895033        +EDI: HFC.COM Nov 18 2008 00:58:00      Best Buy,   PO Box 60148,   City Of Industry CA 91716-0148
5895039         EDI: CAPITALONE.COM Nov 18 2008 00:58:00      Capital One Bank,   PO Box 30285,
                Salt Lake City UT 84130-0285
5895052        +EDI: RMSC.COM Nov 18 2008 00:58:00      Dillards,   PO Box 981402,   El Paso TX 79998-1402
5895063        +EDI: HFC.COM Nov 18 2008 00:58:00      Household Bank,   PO Box 60102,
                City Of Industry CA 91716-0102
5895064         EDI: IRS.COM Nov 18 2008 00:58:00      Internal Revenue Service,   271 W 3rd St N, Suite 3000,
                STOP 5333 WIC,   Wichita KS 67202-1212
5895073         EDI: CBSKOHLS.COM Nov 18 2008 00:58:00      Kohls,   PO Box 2983,   Milwaukee WI 53201-2983
5895076         EDI: RMSC.COM Nov 18 2008 00:58:00      Lowes,   PO Box 530914,   Atlanta GA 30353-0914
5895077        +EDI: TSYS2.COM Nov 18 2008 00:58:00      Macys,   9111 Duke Blvd,   Mason OH 45040-8999
5895116        +EDI: WTRRNBANK.COM Nov 18 2008 00:58:00      Target,   PO Box 59317,   Minneapolis MN 55459-0317
5895057         EDI: USBANKARS.COM Nov 18 2008 01:03:00      Firstar Bank,   425 Walnut,   Cincinnati OH 45202
5895119         EDI: USBANKARS.COM Nov 18 2008 01:03:00      US Bank,   PO Box 790039,   Saint Louis MO 63179-0039
5895122        +EDI: WTRWFNNB.COM Nov 18 2008 01:03:00      Victoria's Secret,   PO Box 659728,
                San Antonio TX 78265-9728
5895123         EDI: RMSC.COM Nov 18 2008 00:58:00      Walmart,   PO Box 530927,   Atlanta GA 30353-0927
                                                                                              TOTAL: 16

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
5895062         Homeowners Assn Lien
5895070*        Kansas City Power and Light,   PO Box 219330,   Kansas City MO 64121-9330
                                                                                           TOTALS: 1, * 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Nov 19, 2008**          **Signature:** *Joseph Speetjens*