The relief described hereinbelow is SO ORDERED.

Signed December 31, 2009.



_____
ROBERT D. BERGER
United States Bankruptcy Judge

_____

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF KANSAS

In Re: )
PLESCIA, ANTHONY DONALD & )
SHARISE RENE, ) Case No. 08-23006-7 RDB
Plescia Enterprises, LLC )
 )
 Debtors. )

### ORDER COMPELLING COMPLIANCE WITH LOCAL RULE 4002.2

THIS MATTER comes on for consideration upon the Trustee's Motion for Order Compelling Compliance with Local Rule 4002.2. No notice was given, and no hearing was held on the matter.

The Court, being first duly advised in the premises, upon review of the file, statements of the Trustee, and for good cause shown, finds that the Trustee's motion should be and the same is hereby sustained.

WHEREFORE IT IS ORDERED that the Debtors, Anthony Donald & Sharise Rene Plescia, should be and are hereby directed to deliver to the Trustee, within fifteen (**15**) days from the entry date of this order, the following information and/or documents:

    A.    Complete copies of 2008 federal and state tax returns; and

    B.    Trustee's attorney fees and expenses to be paid to Eric C. Rajala within ten (10) days of the entry of this Order in the amount of $300.00.

IT IS SO ORDERED.

###

Approved:


s/ Eric C. Rajala
Eric C. Rajala, Chapter 7 Trustee
Kansas Supreme Court No. 10082
Metcalf Bank Bldg, Ste 341
11900 College Blvd
Overland Park, KS 66210-3939
Telephone (913) 339-9806
Facsimile (913) 339-6695
eric@ericrajala.com